STATE v. McCLAIN

No. 89P98

Case below: 128 N.C.App. 533

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 May 1998. Motion by Attorney General to dismiss appeal allowed 6 May 1998.

STATE v. McRORIE

No. 331P97

Case below: Mecklenburg County Superior Court

Petition by Attorney General for writ of certiorari to review superior court order is allowed 7 May 1998 for the limited purpose of entering an order vacating the trial court's order pursuant to *State v. Rorie*, 348 N.C. 226, — S.E.2d — (1998).

STATE v. MURPH

No. 4P98

Case below: 128 N.C.App. 187

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 May 1998.

STATE v. PEARSON

No. 131P98

Case below: 127 N.C.App. 756

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 May 1998.

STATE v. PHEIFFER

No. 135P98

Case below: 128 N.C.App. 753

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 May 1998.